## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEBORAH DIANE FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case: 1:17-cv-00458 |
| v. | ) | Assigned To : Unassigned |
| | ) | Assign. Date : 3/15/2017 |
| APPEALS COURT CLERK OFFICE, | ) | Description: Pro Se Gen. Civ.   **(F-DECK)** |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and

her *pro se* civil complaint.  According to plaintiff, the Clerk of the United States Court of

Appeals has "denied plaintiff her constitution[al] rights to receive four awards that were file[d] in

[the] court system during October or November 2016."  Compl. at 2.  She has asked this Court to

"order the defen[d]ant to put these awards through and stop holding them."  *Id.*

Even if this Court had the authority to compel the D.C. Circuit to act, *see Panko v.*

*Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979) ("It seems axiomatic that a lower court may not

order the judges or officers of a higher court to take an action."), *cert. denied*, 444 U.S. 1081

(1980), it does not appear that plaintiff is entitled to the relief she seeks.  Not one of the four

cases she identifies, *see* Compl. at 2, has been resolved in her favor.  *See Fletcher v. Supergirl*,

No. 16-7101 (D.C. Cir. Nov. 28, 2016) (dismissed for lack of timely notice of appeal); *Fletcher*

*v. Reed*, No. 16-7099 (D.C. Cir. Nov. 28, 2016) (dismissed for lack of timely notice of appeal);

*Fletcher v. U.S. District Attorney*, No. 16-5278 (D.C. Cir. Jan. 30, 2017) (dismissed for lack of

prosecution); *Fletcher v. Dep't of Educ.*, No. 16-5275 (D.C. Cir. Jan. 30, 2017) (dismissed for

lack of prosecution).

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint.  An Order consistent with this Memorandum Opinion is issued separately.

DATE:

3/3/17

United States District Judge